IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| PROTECT OUR AQUIFER, ALABAMA CENTER FOR SUSTAINABLE ENERGY, doing business as Energy Alabama, and APPALACHIAN VOICES, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:20-cv-02615-TLP-atc |
| v. | ) ) | |
| TENNESSEE VALLEY AUTHORITY, | ) ) | |
| Defendant. | ) | |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE AND DENYING MOTION TO DISMISS AS MOOT

In August 2020, Plaintiffs filed their original Complaint. (ECF No. 1.) And Defendants moved to dismiss. (ECF No. 15.) However, Plaintiffs then amended their Complaint (ECF No. 17.), and the parties agreed this superseded the original. (ECF No. 18 at PageID 1378.) For that reason, the Court **DENIES AS MOOT** Defendant's Motion to Dismiss.

Due to Plaintiffs amending their Complaint, the parties now jointly move the Court to extend certain deadlines for responsive pleadings. (ECF No. 18.) The Court **GRANTS** the parties' motion, and the following deadlines are thus established.

Defendant shall have through December 3, 2020, to respond to Plaintiffs' Amended Complaint. Plaintiffs shall have through January 14, 2021, to respond to any motion to dismiss by Defendant. And Defendant shall have through January 28, 2021, to reply to Plaintiffs' response.

**SO ORDERED**, this 13th day of November, 2020.

                                              s/Thomas L. Parker
                                              THOMAS L. PARKER
                                              UNITED STATES DISTRICT JUDGE