# Attachment 2



**Tennessee Valley Authority**, 400 W. Summit Hill Drive, Knoxville, Tennessee 37902-1401

April 24, 2020                                              Emailed to:  agarcia@selctn.org

Ms. Amanda Garcia
Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, TN 37203

Dear Ms. Garcia:

This responds to your Freedom of Information Act (FOIA) (5 U.S.C. § 552) request dated April 13, 2020.  You requested records related to the Long-Term Partnership Option and Draft Flexibility Environmental Assessment.  Your request was processed under tracking number #5647.

Item 1 of your letter asks for documents prepared for the purpose of complying with the National Environmental Policy Act (NEPA) with respect to approval or implementation of the Long-Term Partnership Option.  TVA determined that the Long-Term Partnership Option was not subject to a review under NEPA; therefore, we have no records responsive to this item of your request.

Item 2 asks for documents provided to the TVA Board in consideration of the Long-Term Partnership Option at the August 22, 2019, board meeting.  Enclosed are copies of the presentation and minutes from the August 22 board meeting and the approved board resolution responsive to your request.

Item 3 asks for documents provided to the TVA Board in consideration of the Flexibility Option at the February 13, 2020, board meeting.  Enclosed are copies of the presentation from the February 13 board meeting and the approved board resolution responsive to your request.

Item 4 asks for documents supporting TVA's rejection of alternatives considered but not carried forward in the TVA Power Supply Flexibility Proposal Draft Environmental Assessment, including the alternatives "Flexible Generation of Greater than Five Percent" and "Expansion of the TVA Flexibility Research Project."  Please refer to copies of the minutes and presentation from the August 22, 2019, board meeting.  In addition, enclosed is a copy of TVA's most recent 10-Q Report which covers information on the Strategic Financial Plan responsive to this item of your request.

Ms. Amanda Garcia
Page 2
April 24, 2020

Item 5 asks for documents supporting TVA's statement in the Draft Flexibility EA that TVA determined that the range of three to five percent balanced the risk of revenue erosion with the expected benefits of rate and financial stability from longer commitment periods.  Please refer to the enclosed copy of TVA's most recent 10-Q Report for information on the Strategic Financial Plan and copies of the minutes and presentation from the August 22, 2019 board meeting responsive to this item of your request.

Items 6 and 7 of your letter ask for documents related to the effects of the 3.1% partnership credit on wholesale or retail electricity demand and sales or on levels of penetration of distributed energy resources.  We do not have any records responsive to these items of your request.

If you have questions about this response, you may contact me at (865) 632-6945.  In addition, the Office of Government Information Services (OGIS) and TVA offer FOIA mediation services.  Enclosed is contact information for those services.

You may appeal this response to your FOIA request by writing to Mr. Buddy Eller, Vice President, Communications & Public Relations, at foia@tva.gov or by fax to (865) 632-6901.  Any appeal must be received within 90 days of the date of this letter.

Sincerely,

*Denise Smith*

Denise Smith
TVA FOIA Officer

Enclosures