UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PROTECT OUR AQUIFER,
ENERGY ALABAMA, and
APPALACHIAN VOICES,
Plaintiffs,

v.   No.2:20-cv-02615-TLP-atc

TENNESSEE VALLEY AUTHORITY,
Defendant.

# NOTICE OF LODGING OF THE SUPPLEMENTAL ADMINISTRATIVE RECORD

Pursuant to the Court's January 24, 2022 Order (Doc. 53) and February 18, 2022 Order Establishing Case Management Deadlines (Doc. 56), Tennessee Valley Authority ("TVA") hereby gives notice of the lodging of the Supplemental Administrative Record. Submitted herewith is the Declaration of David D. Ayliffe (Attach. 1) certifying that, subject to certain objections, the documents listed on the Supplemental Administrative Record Document Index (Attach. 2) are responsive to the Court's January 24, 2022 Order (Doc. 53) and that certain background/reference materials included on the Supplemental Administrative Record Document Index are TVA records. In conjunction with this filing, TVA is sending via FedEx three duplicate copies of the Supplemental Administrative Record on DVDs to the Court: one for Judge Parker's chambers, and two to remain on file with the Clerk of Court for public review and access. Upon the completion of this filing, TVA will also send to Plaintiffs via overnight mail a copy of the DVD(s) containing the Supplemental Administrative Record.

Respectfully submitted,

*s/David D. Ayliffe*
David D. Ayliffe, (TN BPR 024297)
Director, Litigation

1

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.8964
ddayliffe@tva.gov

Attorney for Tennessee Valley Authority

111735384

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

*David D. Ayliffe*
Attorney for Tennessee Valley Authority
